**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2285**

ROBERT JEROME BASKINS; CANDACE M. BASKINS,

Plaintiffs - Appellants,

and

ROBERT JOSEPH BASKINS; EVA BASKINS,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Sherri A. Lydon, District Judge. (3:22-cv-03471-SAL)

Submitted: February 27, 2024                    Decided: February 29, 2024

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Jerome Baskins, Candace M. Baskins, Appellants Pro Se. Lyndey R. Z. Bryant, ADAMS & REESE, LLP, Columbia, South Carolina; Amanda Paige Loughmiller,

QUILLING SELANDER LOWNDS WINSLETT MOSER, Plano, Texas; Eric Fristedt Barton, SEYFARTH SHAW, LLP, Atlanta, Georgia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Jerome Baskins and Candace M. Baskins appeal the district court's order adopting the recommendation of the magistrate judge and dismissing their civil action for lack of prosecution and failure to comply with federal rules and a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Baskins v. Experian Info. Sols., Inc.*, No. 3:22-cv-03471-SAL (D.S.C. Dec. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*